# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In Re:  
JAMIE C STOVALL  
1828 COTTON COURT  
MONTGOMERY, AL 36110

Case No.1731556  
Chapter 13

Debtor

## Order Releasing Wages

The Income Withholding Order previously issued by the Court to the following employer is hereby RELEASED:

ARAMARK CAMPUS LLC  
ATTN PAYROLL  
2400 MARKET ST  
PHILADELPHIA, PA  19103

The above employer is authorized to pay all future wages to the debtor.

Done this Tuesday, June 21, 2022.

*/s/ Christopher L. Hawkins*  
Christopher L. Hawkins  
United States Bankruptcy Judge

cc:  Jamie C Stovall